IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TERRENCE ANTONIO BUCHANAN, II,

    Plaintiff,

v.

DEPUTY SHERIFF JOHN DOE (1-3),

    Defendants.

OPINION & ORDER

Case No. 18-cv-531-wmc

---

*Pro se* plaintiff Terrence Antonio Buchanan, II, is proceeding in this lawsuit against three John Doe defendants, on claims that on July 6, 2016, they failed to provide his inhaler when he needed it, and then used excessive force against him in extracting him from his cell. The court set August 2, 2019, as plaintiff's deadline to file an amended complaint naming those Doe defendants. That deadline has passed, and Buchanan has not filed anything with the court identifying the Doe defendants, nor has he contacted the court seeking an extension of that deadline. However, on July 1, 2019, Buchanan filed a letter that appears to be intended for defense counsel, in which he requests a number of items, including reports related to July 6, 2016, incident. While Buchanan should have sent this request directly to defense counsel, this filing suggests that he may be making an effort to identify the Doe defendants. Accordingly, the court will give Buchanan an additional three weeks, until **September 10, 2019,** to file an amended complaint identifying the Doe defendants. If Buchanan misses this deadline, absent good cause for that failure, the court will dismiss this case without prejudice.

ORDER

IT IS ORDERED that plaintiff Terrence Buchanan has until **September 10, 2019**, to file an amended complaint identifying the Doe defendants.  **If Buchanan misses this deadline, the court will dismiss his claims without prejudice.**

Dated this 20th day of August, 2019.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge