IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRENCE ANTONIO BUCHANAN, II,

    Plaintiff,

  v.

Case No. 18-cv-531-wmc

DEPUTY SHERIFF JOHN DOE (1-3),

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/9/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |